IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARTON E. PRINCE and ANGELA W. PRINCE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO. 08-00574-KD-N ) |
| U. S. BANK NATIONAL ASSOCIATION, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and a <u>de novo</u> determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that defendant's motion to dismiss be and is hereby **GRANTED** only as to Plaintiffs' retaliation claim under the Equal Credit Opportunity Act, 15 U.S.C. § 1691(a)(3), and is **DENIED** as to all other claims.

**DONE** this 14th day of September, 2009.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE**