IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARTON E. PRINCE and ANGELA W. PRINCE,    PLAINTIFFS, v. U.S. BANK NATIONAL ASSOCIATION, As trustee, on behalf of the holders of the Home Equity Asset Trust 2007-2 Home Equity Pass-Through Certificates, Series 2007-2, and Mortgage Electronic Registration System, Inc., MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., SELECT PORTFOLIO SERVICING, INC.,    DEFENDANTS. | CASE NO.: 08-574 |

**NOTICE OF DISCOVERY**

TO:  Clerk, Charles R. Diard, Jr.
U. S. District Court
Southern District of Alabama
113 St. Joseph Street
Mobile, AL  36602

Please take notice that on the 8th day of April, 2010, the following was served on counsel for all parties to these proceedings properly addressed, first class postage prepaid via first class mail:

1. Subpoena for Production to Credit Suisse First Boston Mortgage Securities Corp.

2. Subpoena for Production to DLJ Mortgage Capital, Inc.

Respectfully submitted,

s/ Earl P. Underwood, Jr.
Earl P. Underwood, Jr. (UNDEE6591)
*Counsel for the Plaintiffs*

LAW OFFICES OF EARL P. UNDERWOOD, JR.
21 South Section St.
Fairhope, AL  36532
Tel:  251.990.5558
Fax:  251.990.0626
epunderwood@alalaw.com